# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

157491 & (12)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                              SC: 157491
                                                               COA: 339882
                                                               Oakland CC: 2008-223666-FC

BRYAN VALENTIN,
          Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED to the extent that the attached documents are considered as offers of proof. The application for leave to appeal the February 7, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



d1126

Clerk